Betty Pickett, Plaintiff-Appellant, v. Anne Sodaro and Louis Sodaro, Defendants-Appellees.

Gen. No. 10,675. ■■■■

Fourth District.
May 9, 1966.

Roy M. Rhodes, of Springfield (Robert M. Magill, of counsel), for appellant; Jasper S. Gullo, of Springfield, for appellee. Opinion by PRESIDING JUSTICE TRAPP. Not to be published in full.